S/I.

JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371

FEE PAID

FILED

2022 AUG 25  PM 3: 22

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES
BY____EEE

Plaintiff in Pro Se.

## UNITED STATES DISTRICT COURT,

## CENTRAL DISTRICT OF CALIFORNIA.

JACK GERRITSEN,

Plaintiff,

v.

LOS ANGELES COUNTY
METROPOLITAN TRANSPORTATION
AUTHORITY, a public agency, NORTH
AMERICAN SECURITY AND
INVESTIGATIONS, INC., a corporation,
and, DOES 1-10, inclusive,

Defendants.

Case No.: 2:22-CV-06052-RGK-KS

VERIFIED COMPLAINT FOR
VIOLATIONS OF CIVIL RIGHTS (42 U.
S. C., §1981), ELDER ABUSE, TORTURE,
INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS, VIOLATIONS
OF CIVIL CODE §§51.7, 52.1, AND 54.1,
VIOLATIONS OF THE AMERICANS
WITH DISABILITIES ACT, AND
UNFAIR BUSINESS PRACTICES.

(DEMAND FOR JURY TRIAL.)

Plaintiff alleges:

1. Defendant Los Angeles County Metropolitan Transportation Authority ("MTA"), is a public agency, duly created under California law, doing business in the county of Los Angeles, State of California.

2. Defendant North American Security and Investigations, Inc., is a corporation, formed as a corporation, under the Offices of the Secretary of State, doing business in the county of Los Angeles, State of California.

///

Complaint for Violations of Civil Rights-Gerritsen v. Los Angeles

Metropolitan Transportation Authority - 1

JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371

3. Plaintiff is informed and believes and based thereon alleges herein below Causes of Action for violation of 42 United States Code, §1983; elder abuse; torture; intentional infliction of emotional distress; violations of Civil Code §51.7; violations of Civil Code §52.1; violations of Civil Code §54.1; violations of the Americans with Disabilities Act; and unfair business practices.

4. Plaintiff Jack Gerritsen, was, and at all times herein mentioned is an individual, with his present principal place of residence located in the County of Los Angeles, State of California.

5. The wrongs alleged herein are in the County of Los Angeles, State of California. Venue of this action is properly brought before this Court.

6. Plaintiff is ignorant of the true names and capacities of Defendants sued in this Complaint as Does 1-10, inclusive, and therefore, Plaintiff sues these Defendants by these fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believe and allege on this information and belief that each of the fictitiously named Defendants is negligently responsible in some manner for the occurrences alleged in this Complaint, and that Plaintiff's injuries as alleged in this Complaint were proximately caused by that negligence.

7. At all times mentioned in this Complaint each of said Defendants was the agent and employee of each of the remaining said Defendants, and in doing the things alleged in this Complaint, was acting within the course and scope of this agency and employment.

///

///

///

Complaint for Violations of Civil Rights-Gerritsen v. Los Angeles

Metropolitan Transportation Authority - 2

JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371

## I.   FIRST CAUSE OF ACTION BROUGHT BY PLAINTIFF AGAINST ALL DEFENDANTS FOR VIOLATIONS OF 42 U.S.C., §1983.

8. At all times hereinafter mentioned, each and all of the acts of the Defendant alleged herein were done by the Defendants under the color and pretense of the statutes, regulations, customs and usages of the State and under the authority of their offices as heretofore alleged herein.

9. Plaintiff, who is White, was deprived of an interest protected by the Constitution and/or laws of the United States of America, and each and every Defendant caused, by commission or omission, such deprivation while acting under color of law.

10. All acts and/or omissions perpetrated by each Defendant were engaged in maliciously, callously, oppressively, wantonly, recklessly, with deliberate indifference to the rights already violated, despicably, with evil motive and/or intent, in disregard of the rights of the Plaintiff.

11. On March 24, 2022, Plaintiff was at the Harbor Gateway Station where the Green and Silver Lines meet. While Plaintiff was attempting to display his "NO ICE" sign, since he has been a pro-immigrant activist and opposes many of the actions of the Bureau of Immigrations and Customs Enforcement, was attacked by Defendants DOES 1 and other DOES. In the video, which is located at www.facebook.com/gerritsenjack1, Defendant DOE 1 takes Plaintiff's "NO ICE" sign, drags Plaintiff, still standing up, to the fence at the Harbor Gateway Station, tries to handcuff Plaintiff, knees him on the back of his leg, all for Plaintiff exercising his First Amendment rights to protest Federal immigration policies. After the end of the video, Plaintiff was so handcuffed, that his wrists blead.

///

Complaint for Violations of Civil Rights-Gerritsen v. Los Angeles

Metropolitan Transportation Authority - 3

JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371

12. The enforcement of Defendants' plan, policy, and procedure, "ppp", is by giving a warning to anyone violating: that ppp, that they were in violation of that ppp, and must cease and desist from that activity and leave the property. If anyone did not cease and desist the ppp, provides that anyone not in compliance will be arrested by security personnel or Los Angeles police department employees. Anyone that is in violation of that ppp can be subject to arrest, handcuffs, and the intentional infliction of pain (torture) to prevent "violation" of the ppp.

13. The Defendants acted to enforce a plan, policy, and procedure (ppp) that prohibits plaintiff, or anyone else, from communicating by the display of any message that is not pursuant to a transportation purpose.

14. Plaintiff appeared on defendant Metros property known as the Harbor Gateway station on March 24, 2022, for the purpose of communicating the message of "NO ICE". The area used by plaintiff to display his message was at all relevant times, open to the general public. Defendants acted in this manner in violation of *In re Hoffman* (1967) 67 Cal.2d 845, 852-853.

15. By reason of Defendants' conduct, Plaintiff was deprived of rights, privileges, and immunities secured to him by the Constitution of the United States and the Constitution and laws of the State of California in that Plaintiff was deprived of his liberty and his freedom from personal harm. Defendants' conduct violates the Fourth and Fifth Amendments, and the due process and equal protection clauses of the Fourteenth Amendment of the United States Constitution, and Article I, §14 of the California Constitution, and deprives said Plaintiff of rights under color of State law.

Complaint for Violations of Civil Rights-Gerritsen v. Los Angeles

Metropolitan Transportation Authority - 4

JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371

16. On or about June 23, 2022, Plaintiff filed a Claim with Defendant MTA. A copy of the Claim is attached as Exhibit "A", and incorporated herein by reference.

17. There has been no rejection of the Claim by Defendant MTA. Plaintiff therefore has two years from March 24, 2022, to file this Action against Defendants.

18. As a direct and proximate result of the wrongful acts of Defendants, Plaintiff was damaged in an amount of $1,000,000. Plaintiff has been almost totally deprived of his liberty and his freedom from personal harm, and has and will have suffered humiliation, anxiety, and emotional and physical distress as well as possible future personal injuries that will continue on into the future, unless this Court intervenes.

19. Said Plaintiff further seeks compensatory damages for the humiliation, anxiety, physical distress and injuries that he has suffered and could suffer as a direct result of Defendants' wrongful acts as described herein, plus attorney's fees and costs.

20. The above recited acts of the individual Defendants in conspiring to deprive Plaintiff of his constitutionally protected rights were done with evil motive or intent, or with reckless or callous indifference to said Plaintiff's rights. Plaintiff therefore seeks punitive, exemplary, and constitutional damages in an amount according to proof against the Defendants.

21. The above-described conduct of Defendants and each of them was willful and was intended to cause injury to Plaintiff, a senior citizen. Under Civil Code §3345, Plaintiff is entitled to treble damages for the unfair and deceptive practices of Defendants which caused injury.

Complaint for Violations of Civil Rights-Gerritsen v. Los Angeles

Metropolitan Transportation Authority - 5

JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371

## II.   SECOND CAUSE OF ACTION BROUGHT BY PLAINTIFF AGAINST ALL DEFENDANTS FOR ELDER ABUSE.

22. Plaintiff incorporates by this reference Paragraphs 1 through 21 of the Complaint as though they were set forth in full herein.

23. On March 24, 2022, Plaintiff was at the Harbor Gateway Station where the Green and Silver Lines meet. While Plaintiff was attempting to display his "NO ICE" sign, since he has been a pro-immigrant activist and opposes many of the actions of the Bureau of Immigrations and Customs Enforcement, was attacked by Defendants DOES 1 and other DOES. In the video, which is located at www.facebook.com/gerritsenjack1, Defendant DOE 1 takes Plaintiff's "NO ICE" sign, drags Plaintiff, still standing up, to the fence at the Harbor Gateway Station, tries to handcuff Plaintiff, knees him on the back of his leg, all for Plaintiff exercising his First Amendment rights to protest Federal immigration policies. After the end of the video, Plaintiff was so handcuffed, that his wrists blead.

24. The enforcement of Defendants' plan, policy, and procedure, "ppp", is by giving a warning to anyone violating: that ppp, that they were in violation of that ppp, and must cease and desist from that activity and leave the property. If anyone did not cease and desist the ppp, provides that anyone not in compliance will be arrested by security personnel or Los Angeles police department employees. Anyone that is in violation of that ppp can be subject to arrest, handcuffs, and the intentional infliction of pain (torture) to prevent "violation" of the ppp.

25. The Defendants acted to enforce a plan, policy, and procedure (ppp) that prohibits plaintiff, or anyone else, from communicating by the display of any message that is not pursuant to a transportation purpose.

Complaint for Violations of Civil Rights-Gerritsen v. Los Angeles

Metropolitan Transportation Authority - 6

JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371

26. Plaintiff appeared on defendant Metros property known as the Harbor Gateway station on March 24, 2022, for the purpose of communicating the message of "NO ICE". The area used by plaintiff to display his message was at all relevant times, open to the general public. Defendants acted in this manner in violation of *In re Hoffman* (1967) 67 Cal.2d 845, 852-853.

27. Defendants' above-described conduct is proscribed by Penal Code §206, and other sections of the Penal Code, and as well constitutes neglect as defined in Welfare and Institutions Code §15610.57.

28. On or about June 23, 2022, Plaintiff filed a Claim with Defendant MTA. A copy of the Claim is attached as Exhibit "A", and incorporated herein by reference.

29. There has been no rejection of the Claim by Defendant MTA. Plaintiff therefore has two years from March 24, 2022, to file this Action against Defendants.

30. Defendants' conduct was intentional and malicious and done for the purpose of causing Plaintiffs to suffer humiliation, mental anguish, and emotional and physical distress.

31. As a proximate result of the acts of Defendants and each of them, have caused Plaintiff great mental, physical, and nervous pain and suffering. As a result of the injuries, Plaintiff has suffered general damages.

32. As a further proximate result of the acts of Defendants, and each of them, Plaintiff developed and continues to suffer from headaches, pain, depression, anguish, anxiety and insomnia.

///

///

Complaint for Violations of Civil Rights-Gerritsen v. Los Angeles

Metropolitan Transportation Authority - 7

JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371

33. As a further proximate result of the acts of Defendants and each of them, Plaintiff has been damaged in that they have been required to expend money and to incur obligations for medical services and drugs reasonably required in the treatment and relief of the injuries herein alleged.

34. The above-described conduct of Defendants and each of them was willful and was intended to cause injury to the Plaintiff. Plaintiff is therefore entitled to an award of exemplary or punitive damages.

35. The above-described conduct of Defendants and each of them was willful and was intended to cause injury to Plaintiff, a senior citizen. Under Civil Code §3345, Plaintiff is entitled to treble damages for the unfair and deceptive practices of Defendants which caused injury.

## III.    THIRD CAUSE OF ACTION BROUGHT BY PLAINTIFF AGAINST ALL DEFENDANTS FOR TORTURE.

36. Plaintiff incorporates by this reference Paragraphs 1 through 35 of the Complaint as though they were set forth in full herein.

37. On March 24, 2022, Plaintiff was at the Harbor Gateway Station where the Green and Silver Lines meet. While Plaintiff was attempting to display his "NO ICE" sign, since he has been a pro-immigrant activist and opposes many of the actions of the Bureau of Immigrations and Customs Enforcement, was attacked by Defendants DOES 1 and other DOES. In the video, which is located at www.facebook.com/gerritsenjack1, Defendant DOE 1 takes Plaintiff's "NO ICE" sign, drags Plaintiff, still standing up, to the fence at the Harbor Gateway Station, tries to handcuff Plaintiff, knees him on the back of his leg, all for Plaintiff exercising his First Amendment rights to protest Federal immigration policies. After the end of the video, Plaintiff was so handcuffed, that his wrists blead.

Complaint for Violations of Civil Rights-Gerritsen v. Los Angeles

Metropolitan Transportation Authority - 8

JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371

38. The enforcement of Defendants' plan, policy, and procedure, "ppp", is by giving a warning to anyone violating: that ppp, that they were in violation of that ppp, and must cease and desist from that activity and leave the property. If anyone did not cease and desist the ppp, provides that anyone not in compliance will be arrested by security personnel or Los Angeles police department employees. Anyone that is in violation of that ppp can be subject to arrest, handcuffs, and the intentional infliction of pain (torture) to prevent "violation" of the ppp.

39. The Defendants acted to enforce a plan, policy, and procedure (ppp) that prohibits plaintiff, or anyone else, from communicating by the display of any message that is not pursuant to a transportation purpose.

40. Plaintiff appeared on defendant Metros property known as the Harbor Gateway station on March 24, 2022, for the purpose of communicating the message of "NO ICE". The area used by plaintiff to display his message was at all relevant times, open to the general public. Defendants acted in this manner in violation of *In re Hoffman* (1967) 67 Cal.2d 845, 852-853.

41. Defendants' above-described conduct is proscribed by Penal Code §206, and other sections of the Penal Code.

42. On or about June 23, 2022, Plaintiff filed a Claim with Defendant MTA. A copy of the Claim is attached as Exhibit "A", and incorporated herein by reference.

43. Despite presentation of the Claim, there has been no rejection of the Claim by Defendant MTA. Plaintiff therefore has ten years from March 24, 2022, to file this Action against Defendants.

Complaint for Violations of Civil Rights-Gerritsen v. Los Angeles

Metropolitan Transportation Authority - 9

JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371

44. Defendants' conduct was intentional and malicious and done for the purpose of causing Plaintiffs to suffer humiliation, mental anguish, and emotional and physical distress.

45. As a proximate result of the acts of Defendants and each of them, have caused Plaintiff great mental, physical, and nervous pain and suffering. As a result of the injuries, Plaintiff has suffered general damages.

46. As a further proximate result of the acts of Defendants, and each of them, Plaintiff developed and continues to suffer from headaches, pain, depression, anguish, anxiety and insomnia.

47. As a further proximate result of the acts of Defendants and each of them, Plaintiff has been damaged in that they have been required to expend money and to incur obligations for medical services and drugs reasonably required in the treatment and relief of the injuries herein alleged.

48. The above-described conduct of Defendants and each of them was willful and was intended to cause injury to the Plaintiff. Plaintiff is therefore entitled to an award of exemplary or punitive damages.

49. The above-described conduct of Defendants and each of them was willful and was intended to cause injury to Plaintiff, a senior citizen. Under Civil Code §3345, Plaintiff is entitled to treble damages for the unfair and deceptive practices of Defendants which caused injury.

## IV. FOURTH CAUSE OF ACTION BROUGHT BY PLAINTIFF AGAINST ALL DEFENDANTS FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

50. Plaintiff incorporates by this reference Paragraphs 1 through 49 of the Complaint as though they were set forth in full herein.

Complaint for Violations of Civil Rights-Gerritsen v. Los Angeles
Metropolitan Transportation Authority - 10

JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371

51. Defendants' unlawful actions working in concert to assault and torture Plaintiff were knowing, intentional and willful and done with reckless disregard of the probability of causing Plaintiff emotional distress. Plaintiff was extensively practicing his First Amendment Rights, but instead Plaintiff was assaulted and tortured.

52. On or about June 23, 2022, Plaintiff filed a Claim with Defendant MTA. A copy of the Claim is attached as Exhibit "A", and incorporated herein by reference.

53. There has been no rejection of the Claim by Defendant MTA. Plaintiff therefore has two years from March 24, 2022, to file this Action against Defendants.

54. As approximate result of Defendants' unlawful conduct, as alleged in this Complaint, Plaintiff suffered and will continue to suffer extreme and mental anguish emotional distress, all to Plaintiff's general damages in a sum subject to proof, but at least $1,000,000.

55. As a further proximate result of Defendants' conduct and Plaintiffs extreme emotional distress, as alleged in this Complaint, Plaintiff incurred and will continue to incur related expenses, all to Plaintiffs further damages subject to proof.

56. The fraudulent and illegal actions of Defendants were malicious and oppressive, in that it was conduct carried on by Defendants in willful and conscious disregard of Plaintiff's rights and subjected Plaintiff to cruel and unjust hardship. Plaintiff is therefore entitled to recover punitive damages.

///

///

Complaint for Violations of Civil Rights-Gerritsen v. Los Angeles

Metropolitan Transportation Authority - 11

JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371

57. The above-described conduct of Defendants and each of them was willful and was intended to cause injury to Plaintiff, a senior citizen. Under Civil Code §3345, Plaintiff is entitled to treble damages for the unfair and deceptive practices of Defendants which caused injury.

## V. FIFTH CAUSE OF ACTION BROUGHT BY PLAINTIFF AGAINST ALL DEFENDANTS FOR VIOLATION OF CIVIL CODE §51.7.

58. Plaintiffs incorporate by this reference Paragraphs 1 through 57 of the Complaint as though they were set forth in full herein.

59. At all times relevant hereto, California Civil Code §51, *et seq.,* was in full force an effect and binding upon defendants, its agents, representatives and employees as alleged herein. Section 51.7 thereof seeks to protect individuals from violence which is based on suspect, arbitrary classifications, including race, national origin, age, and disability, or which is based upon a person's perception that an individual has one or more of those characteristics. The intent of Section 51.7 is to protect all rights.

60. Since at least March 24, 2022, Plaintiff is White. Plaintiff is informed and believes and thereon allege that Defendants, their employees, agents and representatives knew that Plaintiff was exercising his First Amendment rights.

61. Plaintiff is further informed and believe and thereon allege that the actions of Defendants, their agents, employees, agents and representatives were directly related to her status in exercising his First Amendment rights, in that Defendants, and each of them, intended to deprive Plaintiff of the full and equal rights in violation of law.

62. Such conduct has denied and will continue to deny Plaintiff equal protection and the civil rights guaranteed by Civil Code §51.7.

Complaint for Violations of Civil Rights-Gerritsen v. Los Angeles

Metropolitan Transportation Authority - 12

JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371

63. On or about June 23, 2022, Plaintiff filed a Claim with Defendant MTA. A copy of the Claim is attached as Exhibit "A", and incorporated herein by reference.

64. There has been no rejection of the Claim by Defendant MTA. Plaintiff therefore has two years from March 24, 2022, to file this Action against Defendants.

65. As the direct and proximate result of the actions of Defendants, their agents, employees, agents, and representatives, Plaintiff has been caused to suffer severe and lasting physical and psychological injuries, medical expenses, loss of income, and the expense of hiring counsel and prosecuting this action, all at least $1,000,000.

66. Civil Code §52(b) sets forth the penalty to be imposed against individuals who engage in conduct against persons based on suspect, arbitrary classifications, including race, or who perpetrate in such violence based upon a perception that the individual possesses said characteristics as being actual damages suffered, plus an award of exemplary damages, a civil penalty of $25,000, plus attorney's fees.

67. The above-described conduct of Defendants and each of them was willful and was intended to cause injury to Plaintiff, a senior citizen. Under Civil Code §3345, Plaintiff is entitled to treble damages for the unfair and deceptive practices of Defendants which caused injury.

## VI. SIXTH CAUSE OF ACTION BROUGHT BY PLAINTIFF AGAINST ALL DEFENDANTS FOR VIOLATION OF CIVIL CODE §52.1.

68. Plaintiffs incorporate by this reference Paragraphs 1 through 67 of the Complaint as though they were set forth in full herein.

Complaint for Violations of Civil Rights-Gerritsen v. Los Angeles

Metropolitan Transportation Authority - 13

JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371

69. At all times relevant hereto, California Civil Code §51, *et seq.,* was in full force an effect and binding upon defendants, its agents, representatives and employees as alleged herein. Section 52.1 thereof seeks to protect individuals from violence and to protect them in exercising their civil rights. The intent of Section 52.1 is to protect all rights.

70. Since at least March 24, 2022, Plaintiff is White. Plaintiff is informed and believes and thereon allege that Defendants, their employees, agents and representatives knew that Plaintiff was exercising his First Amendment rights.

71. Plaintiffs are further informed and believe and thereon allege that the actions of Defendants, their agents, employees, agents and representatives were directly related to his status in exercising his First Amendment rights in that Defendants, and each of them, intended to deprive Plaintiff of the full and equal rights in violation of law.

72. Such conduct has denied and will continue to deny Plaintiff equal protection and the civil rights guaranteed by Civil Code §52.1.

73. On or about June 23, 2022, Plaintiff filed a Claim with Defendant MTA. A copy of the Claim is attached as Exhibit "A", and incorporated herein by reference.

74. There has been no rejection of the Claim by Defendant MTA. Plaintiff therefore has two years from March 24, 2022, to file this Action against Defendants.

75. As the direct and proximate result of the actions of Defendants, their agents, employees, agents, and representatives, Plaintiff has been caused to suffer severe and lasting physical and psychological injuries, medical expenses, loss of income, and the expense of hiring counsel and prosecuting this action, all at least $1,000,000.

Complaint for Violations of Civil Rights-Gerritsen v. Los Angeles

Metropolitan Transportation Authority - 14

JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371

76. Civil Code §52(b) sets forth the penalty to be imposed against individuals who engage in conduct against persons based on suspect, arbitrary classifications, including race, or who perpetrate in such violence based upon a perception that the individual possesses said characteristics as being actual damages suffered, plus an award of exemplary damages, a civil penalty of $25,000, plus attorney's fees.

77. The above-described conduct of Defendants and each of them was willful and was intended to cause injury to Plaintiff, a senior citizen. Under Civil Code §3345, Plaintiff is entitled to treble damages for the unfair and deceptive practices of Defendants which caused injury.

## VII. SEVENTH CAUSE OF ACTION BROUGHT BY PLAINTIFF AGAINST ALL DEFENDANTS FOR VIOLATIONS OF CIVIL CODE §54.1.

78. Plaintiff incorporates by this reference Paragraphs 1 through 77 of the Complaint as though they were set forth in full herein.

79. At all times relevant hereto, California Civil Code §54.1, also known as the Disabled Persons Act, was in full force and effect and binding upon Defendants, its agents, representatives and employees as alleged herein. Section 54.1 thereof seeks to protect individuals with disabilities or medical conditions who have the same right as the general public to the full and free use of the streets, highways, sidewalks, walkways, public buildings, medical facilities, including hospitals, clinics, and physicians' offices, public facilities, and other public places.

80. Plaintiff also asserts that the actions of the Defendants as stated in the previous Causes of Action are also in violation of the Americans with Disabilities Act as further stated in Civil Code 54.1(d) as it pertains to Plaintiff's rights as to them

Complaint for Violations of Civil Rights-Gerritsen v. Los Angeles

Metropolitan Transportation Authority - 15

JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371

as disabled persons and a person with the medical conditions pleaded above. This misconduct has continued to the present day.

81. Since March 24, 2022, and continuing to the present day, Plaintiff as a disabled person, is informed and believe and thereon allege that Defendants, their employees, agents and representatives knew that Plaintiff is disabled, and thereby, could not defend themselves.

82. Plaintiff has suffered acts of discrimination as stated in the previous Causes of Action, which each act is a violation of Civil Code §54.1.

83. Plaintiff is further informed and believe and thereon allege that the actions of Defendants, their agents, employees, agents and representatives were directly related to them being disabled in that Defendants, and each of them, intended to deprive Plaintiff of the full and equal rights in violation of law.

84. Such conduct has denied and will continue to deny Plaintiffs equal protection and the civil rights guaranteed by the Disabled Persons Act.

85. As the direct and proximate result of the actions of Defendants, their agents, employees, agents, and representatives, Plaintiffs have been caused to suffer severe and lasting physical and psychological injuries, medical expenses, loss of income, and the expense of hiring counsel and prosecuting this action.

86. Civil Code §54.3(a) sets forth the penalty to be imposed against individuals who engage in discrimination against persons based on suspect, arbitrary classifications, including race, or who perpetrate in such discrimination based upon a perception that the individual possesses said characteristics as being trebled the actual damages suffered, but no less than $1,000, plus an award of exemplary damages, plus attorney's fees.

///

Complaint for Violations of Civil Rights-Gerritsen v. Los Angeles

Metropolitan Transportation Authority - 16

JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371

## VIII. EIGHTH CAUSE OF ACTION BROUGHT BY PLAINTIFF AGAINST ALL DEFENDANTS FOR VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT.

87. Plaintiff incorporates by this reference Paragraphs 1 through 86 of the Complaint as though they were set forth in full herein.

88. At all times hereinafter mentioned, each and all of the acts of the Defendants alleged herein were done by the Defendants under the color and pretense of the statutes, regulations, customs and usages of the State and under the authority of their offices *as* heretofore alleged herein.

89. Plaintiff who was disabled, were deprived of an interest protected by the Constitution and/or laws of the United States of America, and each and every Defendant caused, by commission or omission, such deprivation while acting under color of law. In addition, Plaintiff was also deprived of an interest protected by the Constitution and/or laws of the United States of America, and each and every Defendant caused, by commission or omission, such deprivation while acting under color of law.

90. All acts and/or omissions perpetrated by each Defendant were engaged in maliciously, callously, oppressively, wantonly, recklessly, with deliberate indifference to the rights already violated, despicably, with evil motive and/or intent, in disregard of the rights of the Plaintiffs.

91. On March 24, 2022, Plaintiff was at the Harbor Gateway Station where the Green and Silver Lines meet. While Plaintiff was attempting to display his "NO ICE" sign, since he has been a pro-immigrant activist and opposes many of the actions of the Bureau of Immigrations and Customs Enforcement, was attacked by Defendants DOES 1 and other DOES. In the video, which is located at www.facebook.com/gerritsenjack1, Defendant DOE 1 takes Plaintiff's "NO

Complaint for Violations of Civil Rights-Gerritsen v. Los Angeles

Metropolitan Transportation Authority - 17

JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371

ICE" sign, drags Plaintiff, still standing up, to the fence at the Harbor Gateway Station, tries to handcuff Plaintiff, knees him on the back of his leg, all for Plaintiff exercising his First Amendment rights to protest Federal immigration policies. After the end of the video, Plaintiff was so handcuffed, that his wrists blead.

92. The enforcement of Defendants' plan, policy, and procedure, "ppp", is by giving a warning to anyone violating: that ppp, that they were in violation of that ppp, and must cease and desist from that activity and leave the property. If anyone did not cease and desist the ppp, provides that anyone not in compliance will be arrested by security personnel or Los Angeles police department employees. Anyone that is in violation of that ppp can be subject to arrest, handcuffs, and the intentional infliction of pain (torture) to prevent "violation" of the ppp.

93. The Defendants acted to enforce a plan, policy, and procedure (ppp) that prohibits plaintiff, or anyone else, from communicating by the display of any message that is not pursuant to a transportation purpose.

94. Plaintiff appeared on defendant Metros property known as the Harbor Gateway station on March 24, 2022, for the purpose of communicating the message of "NO ICE". The area used by plaintiff to display his message was at all relevant times, open to the general public. Defendants acted in this manner in violation of *In re Hoffman* (1967) 67 Cal.2d 845, 852-853.

95. By reason of Defendants' conspiratorial conduct, said Plaintiff was deprived of rights, privileges, and immunities secured to them by the Constitution of the United States and the Constitution and laws of the State of California in that Jose and said Plaintiff was deprived of their liberty and their freedom from personal harm. Defendants' conduct violates the Fifth Amendment, and the due

Complaint for Violations of Civil Rights-Gerritsen v. Los Angeles

Metropolitan Transportation Authority - 18

JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371

process and equal protection clauses of the Fourteenth Amendment of the United States Constitution and deprives said Plaintiff of rights under color of State law in violation of the Americans with Disabilities Act.

96. As a direct and proximate result of the wrongful acts of Defendants, said Plaintiff was damaged said Plaintiff has been almost totally deprived of his liberty and his freedom from personal harm and have and will have suffered humiliation, anxiety, and emotional and physical distress as well as possible future personal injuries that wilt continue on into the future, unless the Court intervenes.

97. Said Plaintiff further seeks compensatory damages for the humiliation, anxiety, physical distress and injuries that they have suffered and could suffer as a direct result of Defendants' wrongful acts as described herein, plus attorney's fees and costs.

98. The above recited acts of the individual Defendants in conspiring to deprive said Plaintiff of his constitutionally protected rights were done with evil motive or intent, or with reckless or callous indifference to said Plaintiff's rights. Said Plaintiff therefore seeks punitive, exemplary, and constitutional damages in an amount according to proof against the Defendants.

## IX. NINTH CAUSE OF ACTION BROUGHT BY PLAINTIFF AGAINST DEFENDANTS NORTH AMERICAN SECURITY AND INVESTIGATIONS, INC., AND DOES 1-10, INCLUSIVE, FOR UNFAIR BUSINESS PRACTICES.

99. Plaintiff incorporates by this reference Paragraphs 1 through 98 of the Complaint as though they were set forth in full herein. Plaintiff does not have to repeat all scintilla of all the Causes of Action again in this Cause of Action.

///

Complaint for Violations of Civil Rights-Gerritsen v. Los Angeles
Metropolitan Transportation Authority - 19

JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371

100. California Business & Professions Code §17200 defines unfair competition to include "unlawful, unfair or fraudulent business practice and unfair, deceptive, untrue or misleading advertising. ..." The provisions of said law are to be broadly construed.

101. California Business & Professions Code §17203 provides that "[t]he court may make such orders or judgments ... as may be necessary to prevent the use or employment by any person of any practice which constitutes unfair competition, as defined in this chapter, or as may be necessary to restore to any person in interest any money or property, real or personal, which may have been acquired by means of unfair competition."

102. California Business & Professions Code §17204 provides for suits for injunctive relief to be brought by both public officials and private attorneys general: "Actions for injunction pursuant to this chapter may be prosecuted by ... any person acting for the interests of itself, its members or the general public."

103. Defendants have committed acts in violation of the following as stated in this Complaint for *the last four years:*

    a. 42 U.S.C., §1983.

    b. Americans with Disabilities Act.

    c. Civil Code §51.7.

    d. Civil Code §52.1.

    e. Civil Code §54.1.

    f. Penal Code §206.

///

///

Complaint for Violations of Civil Rights-Gerritsen v. Los Angeles

Metropolitan Transportation Authority - 20

JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371

104.   All actions have occurred in County of Los Angeles, State of California within the four years prior to the filing of the original Complaint. The purpose of the Unfair Competition Law is to restrain violations of the law, and to provide restitution for violations of the law.

105.   By their activities and omissions alleged above in all previous Causes of Action in violation of the statutes listed in Paragraph 103, Defendants have engaged in unlawful or unfair business practices within the meaning of Business & Professions Code §17200.

106.   Defendants threaten to and unless restrained, will continue to act in violation of the statutes listed in Paragraph 103, and thereby continue and repeat their violations of the Unfair Practices Act.

107.   The actions and omissions of Defendants alleged above in violation of the statutes listed in Paragraph 103, will irreparably harm Plaintiff, its employees, its customers, and the general public.

108.   Plaintiff has no plain, speedy, or adequate remedy at law.

WHEREFORE, Plaintiff prays for:

1. For general damages in an amount according to proof, but at least $1,000,000;

2. For special damages in an amount according to proof;

3. For punitive damages in an amount according to proof;

4. For treble damages in an amount according to proof;

5. For interest as allowed by law;

///

///

///

Complaint for Violations of Civil Rights-Gerritsen v. Los Angeles

Metropolitan Transportation Authority - 21

JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371

6. For reasonable attorney's fees incurred by Plaintiff, inter alia, under 42 United States Code §1988, Civil Code §52(b), Code of Civil Procedure §1021.5, and other applicable law;

7. That Plaintiff be awarded her costs of suit herein; and

8. For such other and further relief as the court may deem just and proper.

Dated this 25th day of August, 2022

By: *Jack Gerritsen*
JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371
Plaintiff in Pro Se.

## DEMAND FOR JURY TRIAL.

Plaintiff hereby demands a Jury Trial pursuant to the Seventh Amendment of the United States Constitution and Federal Rule of Civil Procedure 38.

Dated this 25th day of August, 2022

By: *Jack Gerritsen*
JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371
Plaintiff in Pro Se

///
///
///
///
///
///
///

Complaint for Violations of Civil Rights-Gerritsen v. Los Angeles

Metropolitan Transportation Authority - 22

JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371

## VERIFICATION.

I, Jack Gerritsen, declare that:

I am the Plaintiff in the above-entitled Complaint. I have read the foregoing Complaint and know the contents thereof. The same is true of my own knowledge, except as to matters therein stated on information and belief, and as to those matters, I believe it to be true.

Under the penalty of perjury, I declare that the foregoing is true and correct, and that this declaration was executed on August 25, 2022, at Bell, California.

*Jack Gerritsen*
JACK GERRITSEN,
Plaintiff.

Complaint for Violations of Civil Rights-Gerritsen v. Los Angeles

Metropolitan Transportation Authority - 23

JACK GERRITSEN
6217 ½ Palm Av.
Palm, CA., 90201
(323)383-4371

# Claim for Damages

Los Angeles County Metropolitan Transportation Authority
One Gateway Plaza, Mail Stop 99-PL-4, Los Angeles, CA 90012-2952

Please type or print.

| FOR OFFICE USE ONLY |
| --- |
| Claim number & Receipt date |

## CLAIMANT INFORMATION:

Gerrirsen

Last Name

Retired

Occupation

6217 1/2 Palm Av.

Street Address

Bell, CA., 90201

City | State | Zip

Jack

First Name

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

Social Security Number

Middle Name/Initial

5-9-36

Birth Date

(323) 383-4371

Telephone Number

## IF CLAIMANT IS A MINOR, PARENT OR GUARDIAN INFORMATION:

Last Name

First Name

Middle Name/Initial

Street Address

City | State | Zip

Telephone Number

## IF YOU HAVE AN ATTORNEY PLEASE COMPLETE THIS SECTION:

Last Name

First Name

Middle Name/Initial

Telephone Number

Street Address

City | State | Zip

## INCIDENT INFORMATION:

Please indicate if you were a Metro bus or Metro Rail passenger:   [X] Yes   [ ] No

1. [ ] bus   [ ] rail   [X] platform   [ ] parking lot   [ ] bus stop   [ ] terminal   [ ] other _____

2. Other than bus or rail car, vehicle description _____

3. **Accident Date** 3-24-22 _____   Time 6:06 p. m _____   Location Harbor Gateway (I-105 and I-110)

4. Direction Standing _____   On Which Street Ab. 1 block of Figueroa St.   Cross-Street Near Imperial Hwy.

5. Speed N/A _____   Weather Good/Sunlight _____   Bus or Rail Car # N/A _____   Line # N/A

6. Boarding Point Harbor Gateway _____   Operator Name or Badge # D/K

## OWNER OF PRIVATE VEHICLE PLEASE COMPLETE THIS SECTION:

7. Name _____   Driver License # _____

Address _____

Telephone _____   **Vehicle:** Year _____   Make _____   Model _____

Insured? [ ] Yes [ ] No   Vehicle Lic. # _____   Injured? [ ] Yes [ ] No   Insurance Tel. # _____

Carrier _____   Policy # _____

CONTINUED

# Claim for Damages

Please type or print.

CLAIMANT PLEASE COMPLETE THIS SECTION:

8. Describe what occurred (if necessary, you may add another page):

I was peacefully protesting carrying and displaying a "NO ICE" sign. The security guards falsely claimed what I was doing was wrong and insisted I leave, contrary to In re Hoffman. I refused to leave. Metro-contracted securty guard attempted to grab my sign, and forcibly handcuffed and tortured me. (Please see video on USB drive.).

9. What particular act or omission do you claim caused the injury or damage? Please give a detailed description.

I was deprived of my right to protest and suffered injuries to my wrists and bled from them.

10. What property damage or bodily injury do you claim? Give full extent of damage or injury claimed:

Bruised and bloody wrists.

11. The amount claimed if under $10,000 as of the date of presentation together with the basis of computation thereof. Attach medical bills and/or repair estimates.

Over $10,000

12. Name(s) and address(es) of witness(es):

Willy Reynosa, 174 E. Plymouth St., #7, Long Beach, CA., 90805

13. Name(s) and address(es) of doctor(s):

No doctor

14. Dates of prior claims against the Los Angeles County Metropolitan Transportation Authority (METRO) or Southern California Rapid Transit District (RTD). If none, write "None".

None.

*Jack Gerritsem*
Signature of Claimant

6-21-2022
Date

Claims arising after January 1, 1988 must be filed within 6 months from the date of accident. For Law governing filing of claim and statute of limitations as to filing action see Chapter 201 Statutes 1987 (Sec 900 ET SEQ Government Code). For your protection California Law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in State Prison. Added by Stats. 1989, c. 1119, S 3.

**Please mail your claim to:**
Metro Board Secretary's Office – Legal Services
One Gateway Plaza, 99-PL-4, Los Angeles, CA 90012-2952



**Metro**