# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK GERRITSEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, et al.,<br><br>　　　　Defendants. | NO. CV 22-6052 RGK (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Notice of Motion and Motion for Preliminary Injunction ("Motion"), the relevant records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Magistrate Judge's Report and Recommendation ("Objections").  Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated.  Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

　　　　Accordingly, the Objections are OVERRULED and the Motion (dkt. no. 17) is DENIED.

DATED:   1/4/2023

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Gary Klausner*
　　　　　　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE