UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK GERRITSEN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, et al.,<br><br>　　　　Defendants. | NO. CV 22-6052 RGK (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all of the records herein, the September 21, 2023 Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiffs' Objections. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that:

　　(1) Defendant North American Security and Investigations, Inc.'s Motion to Dismiss Case and Strike Plaintiffs' Third Amended Complaint (Dkt. No. 45) is GRANTED in part and DENIED in part;

(2) Defendant Los Angeles County Metropolitan Transportation Authority's Motion to Dismiss Case and Strike Plaintiffs' Third Amended Complaint (Dkt. No. 46) is GRANTED in part and DENIED in part;

(3) Claims One, Three, Four, Five, Six, Seven, and Nine of the Third Amended Complaint (Dkt. No. 41) are DISMISSED with prejudice;

(4) Claims Two and Eight of the Third Amended Complaint (Dkt. No. 41) are DISMISSED without prejudice;

(5) Defendant North American Security and Investigations, Inc.'s motion to strike Plaintiffs' prayer for punitive damages and injunctive relief (Dkt. No. 45) is DENIED;

(6) Defendant Los Angeles County Metropolitan Transportation Authority's motion to strike Plaintiffs' prayer for punitive damages and injunctive relief (Dkt. No. 46) is DENIED;

(7) Plaintiffs, if they still wish to pursue claims against Defendants North American Security and Investigations, Inc. and Los Angeles County Metropolitan Transportation Authority, are ORDERED **within 30 days** to file a Fourth Amended Complaint that asserts plausible claims for relief against Defendants.

IT IS SO ORDERED.

Dated: October 10, 2023

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE